# COMPLAINT FORM

## IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF WISCONSIN

JONATHON MARK,

Plaintiff,

**22 CV 363 JDP**

Case No. _____

v.

MR. INGENTHRON; JOHN AND/OR

JANE DOE(S); Lt. Haag,

Defendant.

A.   PARTIES

1. The Plaintiff is a citizen of Wisconsin and is homeless, but has a mailing address at:  1719 Arizona St., Oshkosh, WI 54902.

2. The Defendant Mr. Winkleski, Warden, is a citizen of Wisconsin and resides at an unknown location, but can be reached at the Department of Corrections (DOC), at:  P.O. Box 7925, Madison, WI 53707-7925; and works for the DOC at the same address.

3. The defendant Lt. Haag is a citizen of Wisconsin and resides at an unknown location, but can be reached at the DOC, at: P.O. Box 7925, Madison, WI 53707-7925; and works for the DOC at the same address.

4. The defendants are citizens of Wisconsin and reside at unknown locations, but can be reached at the DOC, at: P.O. Box 7925, Madison, WI 53707-7925; and work for the DOC at the same address.

B.  STATEMENT OF CLAIM

1. On or about September 8, 2020, Lt. Haag, Mr. Ingenthron and/or unknown security staff violated my Equal Protection right by not allowing me 4 hours of outside recreation while in DS3 status, per the institution policies and procedures; as DS1 and DS2 inmates were allowed at the time I was denied outside recreation, they were allowed outside recreation; and therefore, I was being treated unequally to other inmates that were in segregation who were getting outside recreation for four hours per week; and there was no rational reason to treat me differently from those inmates.

C.  JURISDICTION

I am suing for a violation of federal law under 28 U.S.C. ss. 1331

-2-

D.    RELIEF WANTED

I am requesting the following awards:

1.  $1.00 in nominal damages; $100,000 in punitive damages against each defendant; injunctive relief; declaratory judgment

E.    JURY DEMAND

Jury Demand – I want a jury to hear my case.

Dated this 25th day of June, 2022.

Jon Mark, pro se

1719 Arizona St.

Oshkosh, WI 54902

(920)960-1033

-3-

Jonmark316@yahoo.com