IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JONATHON MARK,

    Plaintiff,

v.

MR. INGENTHRON, et al.

    Defendants.

ORDER

Case No.  22-cv-363-jdp

---

JONATHON MARK,

    Plaintiff,

v.

MS. HARPER,

    Defendant.

ORDER

Case No.  22-cv-364-jdp

---

JONATHON MARK,

    Plaintiff,

v.

JOHN AND/OR JANE DOES(S),

    Defendants.

ORDER

Case No.  22-cv-365-jdp

---

Plaintiff Jonathon Mark has filed three proposed civil complaints.  Plaintiff seeks to commence the lawsuits without prepayment of the filing fees pursuant to 28 U.S.C. § 1915.  From the affidavit of indigency plaintiff has submitted, I find that plaintiff is unable to prepay the fees and costs of commencing this action or to give security therefor.

IT IS ORDERED that:

1.      Plaintiffs Jonathon Mark's petition for leave to proceed without prepayment of fees is GRANTED.

2.      No further action will be taken in these cases until the court has screened the complaints pursuant to 28 U.S.C. § 1915 to determine whether the cases must be dismissed because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief.  Once the screening process is complete, separate orders will issue.

Entered this 29th day of July, 2022.

BY THE COURT:


/s/
STEPHEN L. CROCKER
Magistrate Judge